**REMBRANDT DATA STORAGE, LP, Plaintiff–Appellant,**

v.

**WESTERN DIGITAL CORPORATION, Defendant–Appellee.**

**Rembrandt Data Storage, LP, Plaintiff–Appellant,**

v.

**Seagate Technology, LLC, Defendant–Appellee.**

**Nos. 2012–1159, 2012–1267.**

United States Court of Appeals, Federal Circuit.

Dec. 10, 2012.

John S. Skilton, Perkins Coie, LLP, of Madison, WI, argued for the plaintiff-appellant. With him on the brief were Michelle M. Umberger, Christopher G. Hanewicz and Gabrielle E. Bina.

Richard G. Frenkel, Latham & Watkins, LLP, of Menlo Park, CA, argued for defendant-appellee, Western Digital Corporation. With him on the brief were Michael A. Ladra and Melissa A. Kopacz. Of counsel on the brief were Dean Dunlavey and Ryan R. Owens, of Costa Mesa, CA.

David J.F. Gross, Faegre Baker Daniels LLP, of Minneapolis, MN, argued for the defendant-appellee, Seagate Technology, LLC. With him on the brief were Calvin L. Litsey and Timothy E. Grimsrud. Of counsel were Chad Drown, Timothy M. Sullivan, and Lucas J. Tomsich.

DYK, PLAGER, and CLEVENGER, Circuit Judges.

## JUDGMENT

PER CURIAM.

THESE CAUSES having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.